BEFORE THE THIRD DIVISION, DECEMBER 30, 1953

No. 57728.—Logansport Distilling Co., Inc. *v.* United States, protest 191104–K (Philadelphia).

Opinion by EKWALL, J. From the testimony it appeared that duty and internal revenue taxes were assessed on the quantity found broken due to repacking in bonded warehouse before the withdrawal of the merchandise; that the quantity broken or lost consisted of 291 bottles, or 58.2 gallons, which, at $9 per gallon, resulted in an internal revenue tax of $523.80, which amount was refunded; and that no corresponding refund in the duty taken on the said 58.2 gallons was made. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

No. 57729.—J. A. Dougherty's Sons, Inc. *v.* United States, protests 191129–K and 191130–K (Philadelphia).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

No. 57730.—G. L. Mezzetta & Co. and P. W. Bellingall *v.* United States, protests 156388–K and 157114–K (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *E. J. Petrosemolo Co., Inc.,* and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiffs was sustained.